**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**May 25, 2021**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

_____

MARK D. ARMSTRONG,

    Plaintiff - Appellant,

v.

COMMISSIONER, SSA,

    Defendant - Appellee.

No. 20-7042
(D.C. No. 6:18-CV-00187-RAW-KEW)
(E.D. Okla.)

_____

**ORDER AND JUDGMENT**[*]

_____

Before **MATHESON**, **BACHARACH**, and **PHILLIPS**, Circuit Judges.

_____

This matter is before us on the parties' *Joint Motion for Vacatur and Remand to the District Court*. Upon consideration, the joint motion is granted. The district court's judgment is vacated, and this matter is remanded for further proceedings consistent with the Supreme Court's intervening decision in *Carr v. Saul*, 141 S. Ct. 1352 (2021).

The mandate shall issue forthwith.

Entered for the Court

Per Curiam

_____

[*] This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.